UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> JOSE MENDEZ-VARGAS ) <br> ) <br> Defendant(s) ) <br> _____ ) | 08CR 350-JAH <br><br> CRIMINAL NO. 08mj273 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / ~~Order of Court~~).

GRISELDA HERNANDEZ - VILLANUEVA

DATED: 2/12/08

Leo S. Papas

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
               DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by   J. Jarabek
           Deputy Clerk

J. JARABEK